**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-04167-DTB** Date: **August 25, 2026**

Title: **Chunwei Zhou v. James Janec[k]a, et al**

=================================================================

**DOCKET ENTRY**

=================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rebecca Camacho — Deputy Clerk
n/a — Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:
None present

ATTORNEYS PRESENT FOR RESPONDENT:
None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PETITIONER'S RELEASE FROM CUSTODY**

On August 14, 2026, the Court issued its Order Granting Petition for Writ of Habeas Corpus. (Docket No. 10). Petitioner Chunwei Zhou (A# 235-522-191) was ordered immediately released on the conditions to which she was previously subjected. Petitioner's counsel was to file a status report confirming Petitioner's release within three days of her release from custody. As of this date, Petitioner's counsel has not filed a status report. However, according to the U.S. Immigration and Customs Enforcement Online Detainee Locator System (https://locator.ice.gov/odls/#/search), it would appear that Petitioner has been released from custody.

Petitioner's counsel is ORDERED to file a status report on or before **August 28, 2026**, providing the Court with the status of Petitioner's release from detention.

**IT IS SO ORDERED**.

 Initials of Deputy Clerk rec