JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CHUNWEI ZHOU,

Petitioner,

v.

JAMES JANEC[K]A, et al.,

Respondents.

Case No. 5:26-cv-04167-DTB

**J U D G M E N T**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus (Docket No. 10),

IT IS ADJUDGED that Petitioner's claim that her right to due process was violated by the lack of notice and hearing prior to her arrest and detention is granted. Respondents shall immediately release Petitioner Chunwei Zhou (A# 235-522-191) from custody, on the conditions to which she was previously subjected. Respondents shall return any property confiscated form Petitioner during her arrest.

The remaining claims in the Petition are denied as moot in light of the relief granted on this clam.

Having received an appropriate Status Report confirming Petitioner's release from custody, judgment is now entered consistent with the Order Granting Petition for Writ of Habeas Corpus.

DATED: August 26, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE